Western Public Service Company et al., Appellants, v. City of Broken Bow et al., Appellees.

Filed November 21, 1930. No. 27673.

*Sullivan & Wilson* and *Clarence A. Davis,* for appellants.

*Perry, Van Pelt & Marti* and *Allan F. Black, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiffs brought this action in the district court for Custer county to contest an election at which was submitted the question of granting plaintiff company a franchise to produce, sell and distribute electric heat, light and power in the city of Broken Bow. The trial court found in favor of defendants and plaintiffs have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.